UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
    SHARON BENNETT

Chapter 13 Bankruptcy Case

Case No. 10-34295-MDM

Soc. Sec. No. xxx-xx-7270

CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETION OF PLAN

    The Trustee's Office has verified that the debtor(s) in the above referenced bankruptcy case have made all plan payments and have complied with all requirements as stated in the Order Confirming the Chapter 13 Plan.

\_\_\_\_\_  SHARON BENNETT has provided the certifications contained in form B283 regarding 11 U.S. C. Sections 1328(a) and 1328(h) or the certifications have been waived by Order of the Court.

X  SHARON BENNETT **is** eligible for a discharge under 11 U.S.C § 1328 (f).

    The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been accounted for and no outstanding payments remain. The case will remain open pending receipt of the Trustee's Final Report and Account.

    Dated at Milwaukee, Wisconsin, on September 21, 2015

                  Office of Mary B. Grossman  
                  Chapter 13 Standing Trustee  
                  P.O. Box 510920  
                  Milwaukee, WI 53203  
                  (414) 271-3943

cc: SHARON BENNETT

