THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 15, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | Case No. |
|---|---|
| Charles R Dillon and Sydney L. Dillon | 10-26265-gmh |
| Lori L. Alvarez and Manuel A. Alvarez | 10-33202-gmh |
| Cory D Kleckley | 10-33794-gmh |
| Sharon Bennett | 10-34295-gmh |
| Benedict J LaChance | 11-28122-gmh |
| Matthew E Winchell | 11-29437-gmh |
| Robert T. Koerner | 11-30786-gmh |
| Daniel E Hulbert and Barbara A Hulbert | 11-30856-gmh |
| Aleta L Heath | 11-31076-gmh |
| Scott L Behnke | 11-31896-gmh |
| Brett A Solberg | 11-34032-gmh |
| Veronica Serna and Antonio Serna | 12-20007-gmh |
| Robert L Hansen and Susan C Hansen | 12-20659-gmh |
| Gregory Moore | 12-21029-gmh |
| Peter W. Olsen and Jane F Olsen | 12-21695-gmh |
| Mark W. Janeczko, Sr. and Jane Janeczko | 12-23178-gmh |
| Thomas Patrick Bachmann and Sylvia Marie Bachmann | 12-29756-gmh |
| Godfrey F. Campbell | 12-30063-gmh |
| Helene C Rondorf | 12-31867-gmh |

Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

| Name | Case Number |
|---|---|
| Cornell A Owens and Dericka P Owens | 12-33231-gmh |
| Lenore A. Thompson and Jonathon J. Thompson, Jr. | 12-36868-gmh |
| Al T. Lewis | 12-37264-gmh |
| Wytavias D Scott | 12-37297-gmh |
| Latisha A Roper | 12-37585-gmh |
| Laverne J. Davis | 13-20071-gmh |
| Toinette Johnson | 13-21892-gmh |
| Sharon Long and Brett J Long | 13-22088-gmh |
| Deborah L Head and Charles A Head | 13-23982-gmh |
| Frans DeBoer | 13-25847-gmh |
| Jodi S Wolfe | 13-26412-gmh |
| Judi Palmore | 13-26784-gmh |
| Doug J Barba and Denise R. Barba | 13-27072-gmh |
| Julious Luckett and Pamela D Luckett | 13-27159-gmh |
| Bianca L Townsend | 13-27251-gmh |
| Christine LeFlore | 13-27576-gmh |
| Lennett M Gensel | 13-27637-gmh |
| Daryl O Bonner and Vanessa Bonner | 13-28346-gmh |
| Jeraldine J Bark and Donn J Bark | 13-28456-gmh |
| Gary W Hart and Jodie L Ellis-Hart | 13-28503-gmh |
| David Q. Reed | 13-28903-gmh |
| Karen R Halliburton | 13-29378-gmh |
| Evelyn M. Haralson | 13-29395-gmh |
| Adam C Venable and Rosita Venable | 13-31483-gmh |
| Christine M Welak | 13-32098-gmh |
| Lennie A Byrd | 13-33276-gmh |
| Rosie M. Hill | 13-33638-gmh |
| Vincent D Weil and Patricia M. Weil | 13-33761-gmh |
| Linda F Salbeck | 13-33762-gmh |
| Thomas J Zovar and Judit M Zovar | 13-33767-gmh |
| Shirley B. Loggins | 13-33876-gmh |
| Ellen J Riley | 13-33937-gmh |
| Taleka M Saffold-Gordon | 13-34193-gmh |
| Oumar A Abakar | 13-34386-gmh |
| Trina Y Brown | 13-34763-gmh |
| Carolyn Mallett | 13-35028-gmh |
| Lisa M Olszewski | 13-35035-gmh |
| Edith M. Briggs | 13-35247-gmh |
| Flamond L France | 13-35402-gmh |
| Stephanie Burgess | 13-36273-gmh |
| Chanda Wells | 13-36396-gmh |
| Eric P Neal and Rosa M Neal | 13-36397-gmh |
| Thomas J. Curley and Kim M Curley | 14-20351-gmh |
| Lisa M Rogers | 14-20892-gmh |
| Bryan J Vattendahl and Jennifer K Vattendahl | 14-20959-gmh |
| Earnestine D McIntosh | 14-21624-gmh |

| | |
|---|---|
| Susie L Moore | 14-22291-gmh |
| Angela M Goldbeck | 14-22578-gmh |
| Thomas I Hernandez | 14-23239-gmh |
| Robin T. Pitts | 14-24863-gmh |
| Brenda L Harper | 14-25724-gmh |
| Jerome W Gold | 14-26047-gmh |
| Rebecca B Lowe | 14-27432-gmh |
| Mary L. Patterson | 14-27457-gmh |
| Gregory A Kitner | 14-28354-gmh |
| Eduardo T Garcia | 14-28446-gmh |
| Kristy D Wipperman | 14-30058-gmh |
| Christopher S Gagne and Wendey A Gagne | 14-30381-gmh |
| Barbara A. Tate | 14-31165-gmh |
| Dante L Leardi | 14-31171-gmh |
| Marie Ellis | 14-32108-gmh |
| Emmanuel Bivens | 14-32200-gmh |
| Regina R. Hunter | 14-32481-gmh |
| DeShunka K Peppers | 14-33023-gmh |
| Otha L Bowman and Brianna P Bowman | 14-33885-gmh |
| Donald E Iglinski | 14-34022-gmh |
| Christian J. Holloway | 14-34841-gmh |
| Ignacio Mendiola | 15-21325-gmh |
| Alexander W Thien, III and Jennifer N Thien | 15-21603-gmh |
| Christopher M Komppa | 15-22634-gmh |
| Waymon G. Izard and Beverly C Izard | 15-22790-gmh |
| Calvin E. Watson | 15-22793-gmh |
| Yuwanda E Faison | 15-23152-gmh |
| David J Wadd and Cindy J Wadd | 15-24117-gmh |
| Terry A Laffin and Katherine P Laffin | 15-26221-gmh |
| Regina L Yateman | 15-29809-gmh |

## ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR DEBTORS

Having reviewed the stipulation for substitution of attorney for debtors and motion for approval of stipulation,

**IT IS ORDERED:**
1. The motion is granted.
2. The stipulation is approved.
3. Anton B. Nickolai is substituted in place of Nathan E. DeLadurantey as counsel of record for the debtors.

3

4. Any and all future payments of debtors' attorney fees made by the trustee shall be paid to Anton B. Nickolai of Nickolai & Poletti, LLC.

#####